HOWARD KOLLITZ (State Bar No. 059611)
hkollitz@dgdk.com
STEVEN J. SCHWARTZ (State Bar No. 200586)
sschwartz@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:    (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Defendant, Counterclaimant, and
Third Party Plaintiff, Richard K. Diamond

**FILED & ENTERED**

**JUN 12 2013**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SMB GROUP, INC.,<br><br>     Debtor. | Case No. 2:11-bk-30426-BR<br><br>Chapter 11 |
| SMB GROUP, INC.,<br><br>     Plaintiff,<br><br>vs.<br><br>RICHARD K. DIAMOND,<br><br>     Defendant.<br><br>RICHARD K. DIAMOND,<br><br>     Counterclaimant,<br><br>vs.<br><br>SMB GROUP, INC. as debtor and debtor-in-possession,<br><br>     Counter-defendant. | Adv. No. 2:13-ap-01020-BR<br><br>**SCHEDULING ORDER**<br><br>Status Conference:<br><br>Date:    May 7, 2013<br>Time:    10:00 a.m.<br>Ctrm.:    1668<br>     255 E. Temple Street<br>     Los Angeles, CA 90012 |

1011377.1  26011                           1

RICHARD K. DIAMOND,

        Third-Party Plaintiff,

    vs.

IN CHUL SHIN, aka JEFF SHIN, an individual, UNION TRIM, INC.; USB GROUP, INC.; and ALPHA SEWING MACHINE,

        Third-Party Defendants.

The above-entitled adversary action and related actions (hereafter "the Action") came on for a Status Conference at the date, time and place set forth above.

Kevin Lacey of the Law Offices of David A. Tilem appeared on behalf of Plaintiff and Counter Defendant SMB Group, Inc.  Steven J. Schwartz of Danning, Gill, Diamond & Kollitz, LLP appeared on behalf of Defendant, Counter Plaintiff and Third Party Plaintiff Richard K. Diamond.  David Lally appeared on behalf of Third Party Defendant Jeff Shin.

Based on the status reports and the arguments of counsel,

IT IS HEREBY ORDERED:

1.     The deadline to complete all discovery relating to Phase One of this adversary proceeding and excluding damages is September 30, 2013.

2.     A final status conference will be held on September 23, 2013 at 2:00 p.m.

                                            ###

Date: June 12, 2013

*Barry Russell*
_____
Barry Russell
United States Bankruptcy Judge

1011377.1  26011                      2

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*):  SCHEDULING ORDER  was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** - Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order.  As of (*date*) _____, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below:

Attorney for Third-Party Plaintiff Richard Diamond:  Howard Kollitz     HKollitz@DGDK.Com, DanningGill@gmail.com
Attorney for Counter-Defendant SMB Group, Inc.:  Kevin S Lacey     klacey@lddlaw.net, kevinlacey@tilemlaw.com; malissamurguia@tilemlaw.com; dianachau@tilemlaw.com; joanfidelson@tilemlaw.com
Attorney for Third-Party Defendant In Chul Shin:  David B Lally     davidlallylaw@gmail.com
Attorney for Third-Party Plaintiff Richard Diamond:  Steven J Schwartz     sschwartz@dgdk.com, DanningGill@gmail.com
Attorney for Plaintiff SMB Group, Inc.:  David A Tilem     davidtilem@tilemlaw.com, malissamurguia@tilemlaw.com; dianachau@tilemlaw.com; joanfidelson@tilemlaw.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY THE COURT VIA UNITED STATES MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

☐ Service information continued on attached page.

**3. TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

Third-Party Defendants
USB Group, Inc.
c/o In Chul Shin, Registered Agent for Service of Process
2635 S. Main Street, #B
Los Angeles, CA 90007

Union Trim, Inc.
c/o Henry Soon Kim, Registered Agent for Service of Process
3921 Wilshire Blvd., #417
Los Angeles, CA 90010

☐ Service information continued on attached page.