Howard Kollitz (State Bar No. 059611)
hkollitz@dgdk.com
Zev Shechtman (State Bar No. 266280)
zshechtman@dgdk.com
DANNING, GILL, DIAMOND & KOLLITZ, LLP
1900 Avenue of the Stars, 11th Floor
Los Angeles, California 90067-4402
Telephone:    (310) 277-0077
Facsimile:    (310) 277-5735

Attorneys for Defendant, Counterclaimant and
Third Party Plaintiff, Richard K. Diamond

**FILED & ENTERED**

**MAY 30 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SMB GROUP, INC.,<br><br>　　　　Debtor.<br><br>─────────────────<br>SMB GROUP, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD K. DIAMOND,<br><br>　　　　Defendant.<br><br>─────────────────<br>RICHARD K. DIAMOND,<br><br>　　　　Counterclaimant,<br><br>　　vs.<br><br>SMB GROUP, INC., etc.,<br><br>　　　　Counter-defendant. | Case No. 2:11-bk-30426-BR<br><br>Chapter 11<br><br><br>Adv. No. 2:13-ap-01020-BR<br><br><br><br>**ORDER RE: SPECIAL MOTION TO STRIKE THIRD PARTY COMPLAINT PURSUANT TO ANTI-SLAPP STATUTE (CCP § 425.16) AND FOR ATTORNEY FEES FILED BY IN CHUL SHIN AKA JEFF SHIN AS DOCKET ENTRY NO. 98 AND SETTING HEARING FOR JULY 9, 2014**<br><br><br><br><br>Date:    April 3-4, 7, 17-18, 2014<br>Time:    10:00 a.m.<br>Ctrm.:    "1668"<br>　　　　255 E. Temple Street<br>　　　　Los Angeles, California 90012 |

1202345.1  26011                                        1

RICHARD K. DIAMOND,

        Third Party Plaintiff,

  vs.

IN CHUL SHIN, aka JEFF SHIN,

        Third Party Defendant.

The Court having considered the Notice Of Special Motion And Special Motion To Strike Third Party Complaint Pursuant To Anti-SLAPP Statute (CCP § 425.16) And For Attorney Fees filed on January 15, 2014 as Docket Entry Number 98 ("Shin's Special Motion") by the Third Party Defendant, In Chul Shin aka Jeff Shin ("Shin"), as well as other papers and testimony in the above captioned adversary proceeding ("the Action"); the Court having determined that Shin's Special Motion was filed by Shin after the expiration of the sixty (60) day period provided for in Section 425.16(f) of the California Code of Civil Procedure ("the CCP"); the Court having further determined that Shin's Special Motion was frivolous within the meaning of Section 425.16(c)(1) and Section 128.5 of the CCP as well as being a motion subject to review under Section 1927 of Title 28 of the United States Code and other applicable law; and good cause appearing therefor; it is hereby,

**ORDERED**, that, Shin's Special Motion, be, and it hereby is, **DENIED**; and it is hereby further,

**ORDERED**, that, any motion by Richard K. Diamond, as Defendant, Counterclaimant and Third Party Plaintiff in the Action ("Diamond"), to recover Diamond's costs, expenses and/or attorneys' fees from Shin and/or Shin's attorneys in connection with Shin's Special Motion should be noticed for a further hearing on **July 9, 2014** at **10:00 a.m.** before the undersigned United States

1202345.1  26011                                                2

1  Bankruptcy Judge as well as filed and served by Diamond in conformity with Local Bankruptcy

2  Rules 9013-1 through 9013-3; and it is hereby further,

4      **ORDERED**, that, pending expiration of the time for Diamond to file and serve a motion

5  pursuant to this Order and thereafter, in the event that Diamond files and serves a motion in

6  accordance with this Order seeking to recover Diamond's costs, expenses and/or attorneys' fees

7  from Shin and/or Shin's attorneys, this Court will retain jurisdiction to hear and determine any such

8  motion filed by Diamond notwithstanding any appeal filed in this Action.

        ###

Date: May 30, 2014

_____
Barry Russell
United States Bankruptcy Judge

1202345.1  26011      3